**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC.,<br>  Plaintiff,<br><br>v.<br><br>KRONOS, INC.,<br>  Defendant. | § § § § § § § § § | CASE NO. 2:13-cv-63-JRG<br>**LEAD CASE** |
| GEOTAG, INC.,<br>  Plaintiff,<br><br>v.<br><br>ONTARGETJOBS, INC.,<br>  Defendant. | § § § § § § § § § | CASE NO. 2:13-cv-64-JRG |
| GEOTAG, INC.,<br>  Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br>  Defendants. | § § § § § § § § § | CASE NO. 2:13-cv-65-JRG |
| GEOTAG, INC.,<br>  Plaintiff,<br><br>v.<br><br>PEOPLE ANSWERS, INC.,<br>  Defendant. | § § § § § § § § § | CASE NO. 2:13-cv-66-JRG |

## CONSOLIDATION ORDER

Accordingly, each of the above-captioned cases is hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the first-filed action, Cause No. 2:13-cv-63.  All parties are instructed to file any future motions (except relating to venue) in the first-filed case.  Individual cases remain active for venue determinations and trial.  The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.  All parties to the consolidated case are ordered to meet-and-confer following the upcoming August 8, 2013 scheduling conference to discuss the entry of uniform docket control, protective and discovery orders, which will govern the consolidated case, regardless of whether the same have previously been entered in individual actions.  The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case.  To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

So Ordered and Signed on this

**Jul 31, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE