IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

GEOTAG, INC.,
    Plaintiff,

v.

KRONOS, INC., *et al.*,
    Defendants.

Civil Action No. 2:13-CV-063
Consolidated Case

GEOTAG, INC.,
    Plaintiff,

v.

ORACLE CORP. & ORACLE AMERICA, INC.,
    Defendants.

Civil Action No. 2:13-CV-065

## ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff and Defendants Oracle Corporation and Oracle America, Inc. (Dkt. No. 49) is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendants are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that paragraph 13(c) of the Protective Order entered in this matter on February 6, 2014 (Dkt. 43) is hereby modified to permit Plaintiff and Defendants to retain Protected Material produced by the other party in this action and/or related actions, pursuant to the terms and conditions agreed upon by the parties.

No costs will be taxed in favor of either party.

2

**So ORDERED and SIGNED this 28th day of March, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE